ACCEPTED
04-15-00705-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
6/9/2016 11:36:18 AM
KEITH HOTTLE
CLERK



# LANGLEY & BANACK

### INCORPORATED

Attorneys and Counselors at Law

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

06/09/16 11:36:18 AM

KEITH E. HOTTLE
Clerk

June 9, 2016

Fourth Court of Appeals
Bexar County Justice Center
San Antonio, Texas

      Re:     No. 04-15-00705-CV; *Eaton Commercial, L. P., Appellant, v. Paradigm Hotel SA Riverwalk, LP, Appellee*; In the Court of Appeals, Fourth District of Texas, San Antonio, Texas

Dear Clerk:

Please be advised that I will be on vacation during the following dates:

*July 17, 2016 through July 24, 2016*
*September 14, 2016 through September 18, 2016*
*October 9, 2016 through October 18, 2016*

Please do not schedule any hearings, ADR matters, trials or other discovery matters in cases in which I am the attorney of record. I would further request that the Court continue any such proceedings that may be pending within the above-stated time period.

Thank you for your kind assistance in this matter. If you have any questions, please do not hesitate to contact me.

                  Sincerely,

                  */s/ William W. Sommers*

                  William W. Sommers

WWS/rw

TRINITY PLAZA II • 745 EAST MULBERRY, STE 900
SAN ANTONIO, TEXAS 78212-3166 • T 210.736.6600 • F 210.735.6889
WWW.LANGLEYBANACK.COM

SAN ANTONIO • CARRIZO SPRINGS • EAGLE PASS

MERITAS® LAW FIRMS WORLDWIDE
L & B 18962/0003_001/L1132563.DOCX/